UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
NIGEL CLARK,

                Plaintiff,

      -against-

R&R AUTO, INC. and PETER ROESTENBERG,

               Defendants.
-----------------------------------------------------------------X

Case No. 16-CV-05662
(JFB) (AKT)

STIPULATION OF
DISMISSAL
WITH PREJUDICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 14 2017 ★
LONG ISLAND OFFICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that this action, including all claims that were asserted herein, is hereby dismissed with prejudice, and the parties are to bear their own costs and attorneys' fees except as otherwise agreed upon between the parties. The U.S. District Court shall retain jurisdiction over this case in order to hear a motion to enforce or otherwise apply the settlement in this case, as per the terms of the Settlement Agreement filed with the Court as Docket Entry No. 21. *See, e.g., Anderson v. Beland (In re Am. Express Fin. Advisors Sec. Litig.)*, 672 F.3d 113, 134 (2d Cir. 2011).

___/s/DSS___
David S. Schwartz, Esq.
Phillips & Associates, PLLC
*Attorneys for Plaintiff*
45 Broadway, Suite 620
New York, NY 10006
(212) 248-7431
Dschwartz@tpglaws.com

___/s/SG___
Steven Goldstein
*Attorney for Defendants*
One Old Country Rd, Suite 318
Carle Place, NY 11514
(516) 873-0011
sgoldstein@sfgllp.com

The Clerk of the Court shall close the case.

SO ORDERED:
s/ Joseph F. Bianco
_____
Hon. Joseph F. Bianco, U.S.D.J.

July 14, 2017
Central Islip, NY